1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11    TEVIN LEE HARRIS,                          Case No. 22-cv-01568 BLF (PR)

12              Plaintiff,                       **ORDER GRANTING DEFENDANT'S
                                                 MOTION FOR EXTENSION OF
13         v.                                    TIME TO FILE MOTION FOR
                                                 SUMMARY JUDGMENT**
14    B. RAMIREZ,

15              Defendant.                       (Docket No. 21)

16

17

18         Plaintiff, a state inmate filed the instant *pro se* civil rights action pursuant to 42

19   U.S.C. § 1983 against an officer at Salinas Valley State Prison.  Dkt. No. 1.  On April 29,

20   2022, the Court found the complaint, liberally construed, stated cognizable claims, and

21   ordered the matter served on Defendant.  Dkt. No. 13.  Defendant was directed to file a

22   dispositive motion or notice regarding such motion.  *Id.*  Defendant has filed a motion

23   requesting an extension of time to file a motion for summary judgement.  Dkt. No. 21.

24         Having shown good cause, Defendant's motion is **GRANTED**.  Defendant shall

25   file a motion for summary judgment **no later than September 27, 2022**.  Plaintiff shall

26   file an opposition to Defendant's motion no later than **twenty-eight (28) days** after

27   Defendant's motion for summary judgment is filed.  Defendant shall file a reply brief no

Order of Extension of Time to File Motion for Summary Judgment
PRO-SE\BLF\CR.22\01568Harris_eot_MSJ

28

*(left margin, vertical text)* United States District Court Northern District of California

later than **fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 21.

**IT IS SO ORDERED**

Dated:  ___**August 1, 2022**_____

BETH LABSON FREEMAN
United States District Judge

Order of Extension of Time to File Motion for Summary Judgment
PRO-SE\BLF\CR.22\01568Harris_eot_MSJ